FILED
FEB 2 4 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA21CR0084 JKP |
| Plaintiff, | ) | INDICTMENT |
| VS. | ) | |
| | ) | Count 1: 18 U.S.C. §2261A(2)(B) |
| MARK JOSEPH UHLENBROCK, | ) | Internet Stalking |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §2261A(2)(B)]

From on or about May 2020 to September 2020, in the Western District of Texas and elsewhere, Defendant,

**MARK JOSEPH UHLENBROCK,**

with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, to wit: Y.T., used the mail, any interactive computer service and electronic communication service or electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably be expected to cause substantial emotional distress to that person, an immediate family member of that person, or the spouse or intimate partner of that person, in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
SARAH WANNARKA, Assistant United States Attorney